UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO,

       Plaintiff,

    -v.-

SHOP ABBODE LLC,

       Defendant.

25 Civ. 10668 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired

customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C.

§ 12181 *et seq*.  By separate Order today, the Court is referring this case to the designated

Magistrate Judge for General Pretrial Purposes, including settlement.

In addition, in an effort to achieve a faster disposition of this matter, to conserve

resources, and to promote judicial efficiency, it is hereby ORDERED that the parties shall

discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further

proceedings before the designated Magistrate Judge.

If the parties consent to proceed before the Magistrate Judge, counsel for the Defendant

must, **within two weeks of the date on which Defendant enters an appearance**, file on ECF a

fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form

(available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  The executed form

should be filed using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event

in accordance with ECF Rule 13.27.  If the Court approves that form, then all further

proceedings will be conducted before the designated Magistrate Judge.

If either party does not consent to conducting all further proceedings before the

designated Magistrate Judge, then the parties must file a joint letter, **within two weeks of the**

**date on which Defendant enters an appearance**, informing the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: February 24, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge